## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JAMES SZEGLOWSKI and
BARBARA SZEGLOWSKI,

    Plaintiffs,

v.                                                                              CASE NO.:

MEDICREDIT, INC.

    Defendant.

_____/

## **NOTICE OF REMOVAL**

Defendant Medicredit, Inc. ("Medicredit") timely files this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, removing this action from the County Court of the Sixth Judicial Circuit, in and for Pinellas County for the State of Florida, to the United States District Court for the Middle District of Florida, Tampa Division, and in support of this Notice, states as follows:

    1.    On January 15, 2018, Plaintiffs James Szeglowski and Barbara Szeglowski (collectively, "Plaintiffs") filed their Complaint against Medicredit in the County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, Case No. 18000322SC (the "State Court Action"). The Complaint contains claims against Medicredit for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA") and the Florida Consumer Collection Practices Act, § 559.55, *et seq*. (the "FCCPA").

2. Pursuant to 28 U.S.C. § 1446(a), Medicredit attaches to this Notice a copy of all pleadings, orders and other papers or exhibits of every kind currently on file in the State Court Action.  See **Exhibit A**, attached hereto.

3. Plaintiffs served Medicredit with the summons in the State Court Action on January 23, 2018.  Accordingly, Medicredit timely files this Notice within the 30-day limit established by 28 U.S.C. § 1446(b)(1).  See, e.g., Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc., 526 U.S. 344, 355 (1999) (noting that the removal time frame is triggered by receipt of formal service, not receipt of complaint.).

4. The United States District Court for the Middle District of Florida has original jurisdiction over this matter under 28 U.S.C. § 1331 because the claims alleging a violation of the FDCPA implicate this Court's federal question jurisdiction.  See **Ex. A**, Complaint, at ¶¶ 2, 16-21.  Further, the claims alleging a violation of the FCCPA against Medicredit implicate this Court's supplemental jurisdiction because Plaintiffs' FCCPA claims form part of the same case or controversy as their FDCPA claim.  Id. at ¶¶ 2, 22-29.

5. Removal to the United States District Court for the Middle District of Florida is proper under 28 U.S.C. § 1441(a), which provides that any civil action brought in a County and/or State Court where the District Courts of the United States have original jurisdiction is removable to the district of the United States District Court embracing the place where such action is pending.

6. Venue is proper in the Tampa Division of this Court because this action is being removed from the County Court of the Sixth Judicial Circuit, in and for Pinellas County for the State of Florida, and the acts complained of in Plaintiffs' Complaint are alleged to have occurred in Pinellas County, Florida.  Id. at ¶¶ 4-6.

7. In light of the foregoing, this Court has subject matter jurisdiction over this action, and this case is properly removed to this Court.

8. Medicredit has filed a Notice of Filing Notice of Removal with the State Court and, upon filing this Notice, shall promptly provide written notice of its Notice of Removal to all parties in the State Court Action. <u>See</u> **Exhibit B**, attached hereto.

9. Medicredit is the only defendant named in the Complaint and thus, need not confer or obtain consent from any additional parties in order to properly effectual removal of this case.

**WHEREFORE**, Defendant Medicredit, Inc. gives notice that the above-entitled action is removed and transferred from County Court of the Sixth Judicial Circuit, in and for Pinellas County, Florida, to the United States District Court for the Middle District of Florida.

Dated: February 13, 2018.                         Respectfully submitted,

*/s/ Lara J. Peppard*
Lara J. Peppard
Florida Bar No.: 520055
OGLETREE DEAKINS NASH SMOAK
    & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
lara.peppard@ogletreedeakins.com

*Attorneys for Defendant Medicredit, Inc.*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of February, 2018, I filed the foregoing with the Clerk of Court and that a true and correct copy of the foregoing has been sent via electronic mail to:

> Jon P. Dubbeld, Esq.
> Berkowitz & Myer
> 4900 Central Avenue
> St. Petersburg, FL  33707
> jon@berkmyer.com
> *Attorneys for Plaintiffs*

>>*/s/ Lara J. Peppard*
>>Attorney